**Order entered August 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

### JOANN SEMPLE AND CAROL MATTHEWS, Appellants

### V.

### FRED VINCENT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

Appellants' brief was originally due April 6, 2016. The Court granted four extensions of time to file the brief. When the brief filed on June 2, 2016 did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure, the Court ordered appellants to file an amended brief complying with Rule 38.1 by June 13, 2016. The Court then granted two extensions of time to file the amended brief.

Before the Court is Appellants' August 5, 2016 motion for an extension of time to file an amended appellants' brief. This is the third motion for extension filed by appellants seeking more time to file an amended brief and the seventh motion for extension related to appellants' brief filed so far in this case. Appellants' latest motion seeks an unspecified extension of time in order to obtain a supplemental clerk's record and reporter's record.

1

We **ORDER** Appellants to provide this Court, within ten days of the date of this order, written verification that appellants have requested preparation of the reporter's record from Antionette Reagor, the official court reporter of the 68th Judicial District Court of Dallas County, and the manner of that request. If the Court does not receive the required documentation within the time specified, the Court may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **GRANT** appellants' August 5, 2016 motion to extend time to file brief and **ORDER** the brief be filed no later than September 12, 2016.

Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE